UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>                    Plaintiff,<br><br>        v.<br><br>R. D. ANDREWS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:03-CV-5488-AWI-LJO-P<br><br>ORDER NOTIFYING PLAINTIFF THAT THE BASIS OF DEFENDANTS' EXHAUSTION MOTION IS THE UNENUMERATED PORTION OF RULE 12(B), AND NOTIFYING THE PARTIES THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WILL NOT BE CONSIDERED BY THE COURT ON THE GROUND THAT IT IS PROCEDURALLY DEFICIENT<br><br>(Doc. 31) |

Plaintiff John Carlos Duarte ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding against defendants Puentes, Duffle, and Gardner for violating the Equal Protection Clause of the Fourteenth Amendment. On August 1, 2005, defendants Puentes and Duffle filed a motion for judgment on the pleadings or in the alternative for summary judgment. Defendants argue that plaintiff failed to exhaust the available administrative remedies and that they are entitled to judgment on plaintiff's claim against them. By this order, the parties are notified of two deficiencies in defendants' pending motion.

Defendants' motion to dismiss for failure to exhaust the available administrative remedies was not properly noticed. Plaintiff is hereby notified that the motion to dismiss for failure to exhaust

1

1  is brought pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil
2  Procedure. Plaintiff was notified of the requirements for opposing unenumerated Rule 12(b) motions
3  by order filed September 8, 2004. Defendants' counsel is directed to properly notice the basis of
4  future exhaustion motions filed with this court.

5  Defendants' unenumerated Rule 12(b) motion and motion for judgment on the pleadings filed
6  pursuant to Federal Rule of Civil Procedure 12(c) will be considered by the court. However,
7  defendants' motion for summary judgment in the alternative will not be considered. The motion
8  does not comply with Local Rule 56-260 and as such is procedurally deficient.

10 IT IS SO ORDERED.

11 Dated:   August 2, 2005              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE