# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. D. ANDREWS, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:03-CV-5488-AWI-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 31) |

　　Plaintiff John Carlos Duarte ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On August 1, 2005, defendants Puentes, Duffle, and Gardner filed a motion to dismiss for failure to exhaust and a motion for judgment on the pleadings. To date, plaintiff has not responded to the motion.

　　Plaintiff shall file an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order. The failure to file a response to defendants' motion in compliance with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:　September 21, 2005**　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE