UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>        Plaintiff,<br><br>vs.<br><br>R.D. ANDREWS, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05488-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)<br><br>**ORDER DISMISSING DEFENDANT GARDNER FROM ACTION** |

    Plaintiff John Carlos Duarte ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 2, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections were to be filed within thirty (30) days.   To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.
3 | Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to
4 | be supported by the record and by proper analysis.
5 | Accordingly, IT IS HEREBY ORDERED that:
6 | 1. The Findings and Recommendations, filed August 2, 2005, is ADOPTED IN
7 | FULL; and,
8 | 2. Pursuant to Rule 4(m), defendant Gardner is DISMISSED from this action,
9 | without prejudice, based on plaintiff's failure to provide sufficient information for the Marshal to
10 | serve defendant Gardner.
11 |
12 | IT IS SO ORDERED.
13 | **Dated:   September 27, 2005**            /s/ Anthony W. Ishii
   | 0m8i78                                    UNITED STATES DISTRICT JUDGE