UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE, | 1:03-cv-05488-AWI-LJO-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 37) |
| vs. | **ORDER DENYING MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS** (Doc. 31) |
| R.D. ANDREWS, et al., | |
|         Defendants. | **ORDER MODIFYING SCHEDULING ORDER ALLOWING FOR FURTHER DISPOSITIVE MOTIONS** |
| _____/ | |

    Plaintiff John Carlos Duarte ("plaintiff") is a prisoner in federal custody proceeding pro se and in forma pauperis in a civil rights action apparently pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 16, 2005, is ADOPTED IN FULL;

2. Defendants' motion to dismiss based on plaintiff's failure to exhaust the available administrative remedies, filed August 1, 2005, is DENIED, without prejudice;

3. Defendants' motion for judgment on the pleadings, filed August 1, 2005, is DENIED, with prejudice; and,

4. The scheduling order is modified to allow the parties **forty-five (45) days** from the date of service of this order within which to file further dispositive motions.

IT IS SO ORDERED.

**Dated:   February 14, 2006**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE