IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. D. ANDREWS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:03-CV-5488-AWI-LJO-P<br><br>**ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE A PRE-TRIAL STATEMENT**<br><br>**ORDER VACATING AUGUST 7, 2006 TELEPHONIC TRIAL CONFIRMATION HEARING** |

　　　Plaintiff John Carlos Duarte ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on Plaintiff's amended complaint, filed January 8, 2004, against defendants Puentes and Duffle ("Defendants") on Plaintiff's equal protection claim.[1]

　　　On April 17, 2006, the Magistrate Judge issued the Second Scheduling Order in this action. In this order, the Magistrate Judge set trial in this action for September 19, 2006. The Magistrate Judge further ordered Plaintiff to file his pre-trial statement by June 16, 2006. Defendants were ordered to file their pre-trial statement by July 17, 2006. A telephonic trial

---

[1] Defendant Gardner, the third defendant against whom this suit was proceeding, was dismissed on September 29, 2005, based on plaintiff's failure to furnish information sufficient to serve defendant with process. Fed. R. Civ. P. 4(m). (Docs. 32, 35.)

1  confirmation hearing was set before the undersigned on August 7, 2006.

2      Defendants have not filed a pre-trial statement.  On June 15, 2006, Plaintiff filed a pre-
3  trial statement.  However, Defendants did not file their pre-trial statement by July 17, 2006.
4  Defendants have neither requested additional time in which to file a pre-trial statement nor
5  otherwise contacted the court.

6      It would be difficult for this action to proceed to trial at this time.   Pre-trial statements
7  are necessary to prepare for trial, and must be filed pursuant to Rule 16 of the Federal Rules of
8  Civil Procedure and Local Rule 16-281.  Defendants have not filed a pre-trial statement,
9  requested more time in which to do so, or otherwise contacted the court about their pre-trial
10 statement.  Local Rule 11-110 provides that "a failure of counsel or of a party to comply with
11 these Local Rules or with any order of the Court may be grounds for the imposition by the Court
12 of any and all sanctions . . . within the inherent power of the Court."   As such, Defendants will
13 be ordered to show cause, in writing, why sanctions should not be imposed for Defendants' delay
14 in this action. Because the court is unable to prepare for a telephonic trial confirmation hearing
15 or issue a Pre-Trial Order until it receives a pre-trial statement from all parties, the court will
16 vacate the August 7, 2006 telephonic trial confirmation hearing at this time.   Upon receiving
17 Defendants' response to this order, the court will re-set the pretrial conference.

18     Accordingly, the court ORDERS that:

19 1.   Defendants are ORDERED TO SHALL SHOW CAUSE, in writing, why sanctions
20     should not be imposed for their failure to file a pre-trial statement in compliance with the
21     court's April 17, 2006 order by 4:00 p.m. on July 31, 2006;

22 2.   The August 7, 2006 telephonic trial confirmation hearing is VACATED pending further
23     order of the court.   The trial date of September 19, 2006 remains set.

25 IT IS SO ORDERED.

26 **Dated:   July 24, 2006**                  **/s/ Anthony W. Ishii**
    0m8i78                                     UNITED STATES DISTRICT JUDGE