IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. D. ANDREWS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-5488-AWI-LJO-P<br><br>**ORDER REQUIRING DEFENDANTS TO FILE A PRETRIAL STATEMENT BY AUGUST 11, 2006** |

　　　　Plaintiff John Carlos Duarte ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  On April 17, 2006, the Magistrate Judge issued the Second Scheduling Order in this action.  In this order, the Magistrate Judge set trial in this action for September 19, 2006. The Magistrate Judge further ordered Defendants to file their pre-trial statement by July 17, 2006.  When Defendants did not file their pre-trial statement, on July 25, 2006, the court ordered Defendants to show cause why sanctions should not be imposed for Defendants' failure to file a pre-trial statement.

　　　　On July 31, 2006, Defendants filed a reply to the court's order regarding sanctions. While Defendants provide details concerning problems at Defendants' attorney's law firm, Defendants reply provides no information regarding the upcoming trial in this action nor the

missing pre-trial statement.   Defendants have still not filed their pre-trial statement nor requested additional time in which to file their pre-trial statement.

Accordingly, the court ORDERS that Defendants file their pretrial statement by 4:00 p.m. on August 10, 2006.

IT IS SO ORDERED.

**Dated:   August 4, 2006**                              /s/ **Anthony W. Ishii**
9h0d30                                                              UNITED STATES DISTRICT JUDGE

2