# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE, | CASE NO. 1:03-CV-5488-AWI-LJO-P |
| Plaintiff, | **ORDER REQUIRING DEFENDANTS TO FILE A PRE-TRIAL STATEMENT BY 11:00 A.M. ON AUGUST 18, 2006** |
| v. | |
| R. D. ANDREWS, et al., | |
| Defendants. | |

Plaintiff John Carlos Duarte ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On April 17, 2006, the Magistrate Judge issued the Second Scheduling Order in this action. In this order, the Magistrate Judge set trial in this action for September 19, 2006. The Magistrate Judge further ordered Defendants to file their pre-trial statement by July 17, 2006. When Defendants did not file their pre-trial statement, on July 25, 2006, the court ordered Defendants to show cause why sanctions should not be imposed for Defendants' failure to file a pre-trial statement.

On July 31, 2006, Defendants filed a reply to the court's order regarding sanctions. While Defendants provided details concerning problems at Defendants' attorney's law firm, Defendants reply did not provide information regarding the upcoming trial nor the missing pre-

1  trial statement.   On August 7, 2006, the court ordered Defendants to file their pre-trial statement
2  by 4:00 p.m. on August 10, 2006.   On August 11, 2006, Defendants filed a notice stating that
3  Defendants' counsel was unavailable the week of August 7, 2006 through August 11, 2006.
4  Defendants request until 4:00 p.m. on August 18, 2006 to file their pre-trial statement.
5     Trial in this action is set for September 19, 2006.   To issue appropriate writs and to
6  prepare for trial, the court needs Defendants' pre-trial statement and the court must conduct a
7  telephonic trial confirmation hearing.   The telephonic trial confirmation hearing is currently set
8  for 2:30 p.m. on August 18, 2006.   Because the court needs the pre-trial statements prior to the
9  telephonic trial confirmation hearing, the court will only give Defendants until 11:00 a.m. on
10 August 18, 2006, to file their pre-trial statement.   Because of Defendants' delay, the court is
11 unable to prepare the Pre-Trial Order until after the August 18, 2006 telephonic trial
12 confirmation.
13    Accordingly, the court ORDERS that:
14 1.  Defendants are ORDERED to file their pre-trial statement by 11:00 a.m. on August 18,
15     2006;
16 2.  The court will proceed with the August 18, 2006 telephonic trial confirmation hearing as
17     previously ordered, and at the hearing, the court will address Defendants' failure to timely
18     file a pre-trial statement; and
19 3.  As previously ordered, Counsel for Defendants is required to arrange for the participation
20     of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic
21     hearing at (559) 499-5669.

23 IT IS SO ORDERED.

24 **Dated:   August 15, 2006**               **/s/ Anthony W. Ishii**
   0m8i78                                 UNITED STATES DISTRICT JUDGE

2