# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>  Plaintiff,<br><br>  v.<br><br>R. D. ANDREWS, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:03-CV-5488-AWI-LJO-P<br><br>**ORDER GRANTING REQUEST TO CONTINUE TRIAL**<br><br>**ORDER VACATING SEPTEMBER 19, 2006 TRIAL AND SETTING TRIAL OF OCTOBER 11, 2006**<br><br>**ORDER VACATING TRANSPORTATION WRIT FOR DUARTE**<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

Plaintiff John Carlos Duarte ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on Plaintiff's amended complaint, filed January 8, 2004, against defendants Puentes and Duffle ("Defendants") on Plaintiff's equal protection claim. Trial is currently set for September 19, 2006.

On September 1, 2006, the parties filed a joint stipulation to the continue the trial date. The stipulation states that Defendant Duffle is unavailable during the month of September and both parties wish to call Defendant Duffle to testify. Good cause having been presented, the court will vacate the pending trial date and move trial in this action to October 11, 2006.

Upon further review of the file in this action, the court finds it necessary to have the

parties brief one further issue prior to trial.  While there is no Supreme Court or Ninth Circuit Court of Appeals case addressing this issue, a review of the decisions of other Circuits indicates that it is possible no <u>Bivens</u> cause of action is available against these Defendants because they are private individuals working at a private prison and they are not federal employees.  See <u>Holly v. Scott</u>, 434 F.3d 287 (4th Cir. 2006), *cert. denied*, --- U.S. ----, 126 S.Ct. 2333 (2006), and <u>Peoples v. CCA Detention Centers</u>, 422 F.3d 1090 (10th Cir. 2005), *vacated in part and aff'd in part*, 449 F.3d 1097 (10th Cir. 2006) (en banc ).  As such, the court requests further briefing from the parties.   It such briefing, Defendants should inform the court whether they believe a <u>Bivens</u> cause of action is available against them.   The parties should also address whether any other remedy is available to address Plaintiff's equal protection claim.   The parties should file supplemental briefs pursuant to the briefing schedule outlined below.

      Accordingly, good cause having been presented to the court, the court ORDERS that:

1. The parties' request to continue the trial is GRANTED;
2. The trial currently set for September 19, 2006 is VACATED;
3. The transportation writ issued on August 23, 2006, requiring Plaintiff to be brought to court on September 19, 2006, is VACATED; and
4. The parties are DIRECTED to brief the issue of whether Plaintiff has stated a claim against Defendants pursuant to <u>Bivens</u>.  The parties SHALL file briefs on this issue by 4:00 p.m. on September 22, 2006.  Any response to the other parties' brief may be filed by 4:00 p.m. on October 2, 2006.

IT IS SO ORDERED.

**Dated:   September 6, 2006**         /s/ **Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE