UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>            Plaintiff,<br><br>    vs.<br><br>RAYMOND ANDREWS, et al.,<br><br>            Defendants.<br>_____/ | 1:03-CV-5488 AWI LJO P<br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JOHN CARLOS DUARTE - #44829-008 PLAINTIFF** |

Plaintiff, **John Carlos Duarte**, inmate # 44829-008, a necessary and material witness for the plaintiff in proceedings in this case on December 5, 2006, is confined at Taft Correctional Institution, 1500 Cadet Road, Taft, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom #2, United States Courthouse, 2500 Tulare Street, Fresno, California on December 5, 2006, at 8:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, Taft Correctional Institution, 1500 Cadet Road, Taft, California 93268:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   September 26, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE