# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. PUENTES AND S. DUFFLE,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-05488-LJO (PC)<br><br>ORDER VACATING TRIAL DATE OF DECEMBER 5, 2006, AND SETTING TELEPHONIC TRIAL SETTING CONFERENCE<br><br>Date:　　　November 30, 2006<br>Time　　　 9:00 a.m.<br>Courtroom:　8 (LJO) |

Following the parties' consent to Magistrate Judge jurisdiction, this matter was reassigned to the undersigned. Due to the reassignment, is it HEREBY ORDERED that:

1. Jury trial set for December 5, 2006, before the Honorable Anthony W. Ishii is VACATED;

2. This matter is set for a telephonic trial setting conference on November 30, 2006, at 9:00 a.m. before the undersigned in Courtroom 8; and

3. Defendants' counsel shall arrange for the participation of plaintiff in the conference call and shall initiate the conference call at (559) 499-5680.

IT IS SO ORDERED.

**Dated:　November 14, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1