# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE, | CASE NO. 1:03-CV-05488-LJO (PC) |
| Plaintiff, | **ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JOHN CARLOS DUARTE, #44829-008, ON DECEMBER 5, 2006** |
| v. | |
| G. PUENTES AND S. DUFFLE, | |
| Defendants. | (Doc. 61) |

_____/

Due to the reassignment of this case to the undersigned, the jury trial date of December 5, 2006, has been vacated.  Accordingly, the Order and Writ of Habeas Corpus Ad Testificandum to transport Plaintiff John Carlos Duarte, #44829-008, to the federal courthouse in Fresno, California on December 5, 2006, at 8:00 a.m., filed on September 26, 2006, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   November 14, 2006**          _____/s/ Lawrence J. O'Neill_____
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE