# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>         Plaintiff,<br><br>    v.<br><br>G. PUENTES and<br>S. DUFFLE,<br><br>         Defendants.<br>_____/ | CASE NO. 1:03-cv-5488-LJO (PC)<br><br>**ORDER FOLLOWING TELEPHONIC TRIAL SETTING CONFERENCE**<br><br>Final Exhibit Lists Due:          12/12/06<br>Proposed Jury Instructions Due:  03/09/07<br>Statement of Case Due:           03/09/07<br>Proposed Verdict Form Due:       03/09/07<br>Proposed Voir Dire Due:          03/09/07<br>Trial Brief Due:                 03/09/07<br>Jury Trial:                      05/23/07, at 9:00 a.m. in Courtroom 8 (LJO) |

A telephonic trial setting conference was held on November 30, 2006, at 9:00 a.m. As discussed during the hearing, it is HEREBY ORDERED that:

1. Jury trial is set for May 23, 2007, at 9:00 a.m. in Courtroom 8 before the undersigned;

2. The parties' final exhibits lists are due on or before December 12, 2006, at which time the Court will amend the Pretrial Order;

///

1    3.   The following submissions are optional, but if the parties wish to submit them, they
2         must do so on or before March 9, 2007:
3         a.   Proposed jury instructions,
4         b.   Neutral statement of case,
5         c.   Proposed verdict form,
6         d.   Proposed voir dire, and
7         e.   Trial brief;
8    4.   Plaintiff shall notify defendants' counsel by letter of his proposed settlement offer,
9         and the defendants' counsel shall notify the Court as soon as practicable thereafter
10        if settlement of this action is a possibility;
11   5.   Based on the parties' representations during the hearing that no motions in limine are
12        anticipated, no motion deadline or hearing date shall be set; and
13   6.   Defendants Puentes and Duffle shall be present on the first day of trial and available
14        to be called as witnesses by plaintiff.

IT IS SO ORDERED.

**Dated:   November 30, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE