# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>        Plaintiff,<br><br>   v.<br><br>G. PUENTES and<br>S. DUFFLE,<br><br>        Defendants. | CASE NO. 1:03-cv-05488-NEW (DLB) PC<br><br>ORDER DIRECTING PARTIES TO NOTIFY COURT WHETHER THEY CONSENT TO THE UNDERSIGNED, WITHIN THIRTY DAYS<br><br>(Doc. 73) |

The parties in this action consented to have all matters decided by then United States Magistrate Judge Lawrence J. O'Neill. 28 U.S.C. § 636(c). Judge O'Neill was subsequently appointed to the position of United States District Judge, and this action was reassigned to the undersigned pending the appointment of a new Magistrate Judge.

This matter is currently set for jury trial on May 23, 2007. The parties are HEREBY ORDERED to notify the Court within **thirty (30) days** from the date of service of this order whether or not they consent to the undersigned as trial judge and for all other matters within the meaning of section 636(c).

IT IS SO ORDERED.

    **Dated:**   **March 1, 2007**              **/s/ Dennis L. Beck**
i0d3h8                                                      UNITED STATES MAGISTRATE JUDGE

1