# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN CARLOS DUARTE,

        Plaintiff,

   v.

G. PUENTES and
S. DUFFLE,

        Defendants.
                           /

CASE NO. 1:03-cv-05488-NEW (DLB) PC

ORDER NOTIFYING PARTIES THAT THIS ACTION WILL BE REASSIGNED TO UNITED STATES MAGISTRATE JUDGE SANDRA M. SNYDER ABSENT OBJECTION FILED WITHIN FIFTEEN DAYS

The parties in this action consented to have all matters decided by then United States Magistrate Judge Lawrence J. O'Neill. 28 U.S.C. § 636(c). Judge O'Neill was subsequently appointed to the position of United States District Judge, and this action was reassigned to the undersigned pending the appointment of a new Magistrate Judge. Defendants notified the Court that they do not consent to the undersigned. Accordingly, it is HEREBY ORDERED that this action will be reassigned to United States Magistrate Judge Sandra M. Snyder as trial judge and for all other matters within the meaning of section 636(c) unless written objection to the reassignment is filed within **fifteen (15) days** from the date of service of this order.[1]

IT IS SO ORDERED.

Dated: **April 6, 2007**     /s/ **Dennis L. Beck**
i0d3h8                UNITED STATES MAGISTRATE JUDGE

---

[1] This matter is currently set for jury trial on May 23, 2007. Judge Snyder is available to try the case on that date.

1