# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. PUENTES AND<br>S. DUFFLE, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-05488-NEW (DLB) PC<br><br>ORDER ASSIGNING ACTION TO<br>MAGISTRATE JUDGE SANDRA M. SNYDER<br><br>(Doc. 76) |

　　　This action is proceeding pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors, against defendants Puentes and Duffle for violating the Equal Protection Clause of the Fifth Amendment. Pursuant to the court's order of April 6, 2007, IT IS HEREBY ORDERED THAT:

　　　1.　　This action is assigned to United States Magistrate Judge Sandra M. Snyder for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

　　　2.　　The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Sandra M. Snyder, and

///
///
///

3. The new case number shall be 1:03-cv-05488-SMS PC.

IT IS SO ORDERED.

Dated: **April 25, 2007**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2