1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOHN CARLOS DUARTE,                    CASE NO. 1:03-cv-05488-SMS PC

10                      Plaintiff,        ORDER CONTINUING JURY TRIAL FROM
                                          MAY 23, 2007, TO NOVEMBER 5, 2007

11         v.                             Date:        November 5, 2007
                                          Time:        9:00 a.m.
12  G. PUENTES and                        Courtroom:   7 (SMS)
    S. DUFFLE,

13
                        Defendants.
14  _____/

15

16         Circumstances have arisen which require the court to continue the jury trial set for May 23,

17  2007.  Jury trial is HEREBY CONTINUED to November 5, 2007, at 9:00 a.m. in Courtroom 7

18  before the undersigned.

19

20  IT IS SO ORDERED.

21  **Dated:     May 16, 2007**                    _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28