# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G. PUENTES and<br>S. DUFFLE,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-05488-SMS PC<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF JOHN CARLOS DUARTE, #44829-008, FOR TRIAL ON MAY 23, 2007**<br><br>(Doc. 78)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER BY FACSIMILE TO TCI AND USM** |

On May 3, 2007, the court issued a writ of habeas corpus ad testificandum directing the production of Taft Correctional Institution inmate John Carlos Duarte, #44829-008, for trial on May 23, 2007. Circumstances have arisen which require the court continue the trial to a different date. A new writ will be issued at the appropriate juncture. Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of John Carlos Duarte, #44829-008, for trial on May 23, 2007, is **VACATED**; and

2. The Clerk's Office shall serve a copy of this order by facsimile to Taft Correctional Institution and the United States Marshal.

IT IS SO ORDERED.

**Dated:**　　May 16, 2007　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1