# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARLOS DUARTE,<br><br>            Plaintiff,<br><br>    v.<br><br>G. PUENTES and<br>S. DUFFLE,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-cv-05488-SMS PC<br><br>**ORDER CONTINUING JURY TRIAL FROM NOVEMBER 5, 2007, AT 9:00 A.M. TO NOVEMBER 6, 2007, AT 10:00 A.M.**<br><br>**Date:**        November 6, 2007<br>**Time:**        10:00 a.m.<br>**Courtroom:**   7 (SMS)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON LITIGATION OFFICE AT TCI** |

Circumstances have arisen which require the Court to continue the jury trial set for November 5, 2007, at 9:00 a.m. by one day. Jury trial is HEREBY CONTINUED to **November 6, 2007, at 10:00 a.m.** in Courtroom 7 before the undersigned. Within the next several weeks, the Court will issue the writ of habeas corpus ad testificandum directing the production of Plaintiff for trial. The Court anticipates jury trial will last two days.

The Clerk's Office SHALL serve a courtesy copy of this order on the Litigation Office at Taft Correctional Institution.

IT IS SO ORDERED.

**Dated:    October 5, 2007**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE

1